FILED:  March 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4434

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

MARTIN WILLIAM LUTHER HAMILTON,

Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed March 6, 2024, as follows:

On page 13, line 2 of the last paragraph, "Hobb's Act robbery" is corrected to read "Hobbs Act robbery."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk